IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-2490 |
| | § | |
| USA DAILY EXPRESS, INC., Individually and | § | |
| d/b/a VINTAGE LOUNGE, and | § | |
| FAHINEH ANSARI, a/k/a Fahineh Ansar, | § | |
| Individually and d/b/a | § | |
| VINTAGE LOUNGE, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Judgment is entered in favor of Joe Hand Promotions, as broadcast licensee of the July 11, 2009 UFC 100 "Making History" Event, against USA Daily Express, Inc., individually and d/b/a Vintage Lounge, and Fahimeh Ansari a/k/a Fahineh Ansari, individually and d/b/a Vintage Lounge, as follows:

   a.   statutory damages of $10,000;

   b.   additional damages of $25,000;

   c.   attorney's fees of $750.00;

   d.   costs of court; and

   e.   postjudgment interest at the rate of 0.12 % *per annum*.

This is a final judgment.

SIGNED on January 11, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge